ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL IX

| ÁNGEL LUIS SÁNCHEZ DURÁN<br><br>Parte Recurrente<br><br>V.<br><br>EX PARTE | TA2026CE00637 | *CERTIORARI* procedente del Tribunal de Primera Instancia, Sala Superior de Mayagüez<br>_____<br>Caso Núm.: MZ2026CV00370<br>_____<br>SOBRE:<br>ELIMINACIÓN DE REGISTRO DE OFENSEORES SEXUALES Y ABUSO CONTRA MENORES DE PUERTO RICO LEY 266-2004 |
|---|---|---|

Panel integrado por su presidenta la juez Brignoni Mártir, el juez Salgado Schwarz y la juez Aldebol Mora.

Salgado Schwarz, Carlos G., juez ponente

# **RESOLUCIÓN**

En San Juan, Puerto Rico, a 26 de mayo de 2026.

Examinada la *Petición de Certiorari* presentado por Ángel Luis Sánchez Durán el 18 de mayo de 2026, disponemos lo siguiente:

Luego de un estudio sosegado del expediente ante nos, procede abstenernos de ejercer nuestra función revisora, por lo que denegamos la expedición del auto de certiorari. Véase, Regla 40 del Reglamento del Tribunal de Apelaciones, 4 LPRA Ap. XXII-B, R. 40.

Lo acordó y manda el Tribunal, y lo certifica la Secretaria del Tribunal de Apelaciones.

*Lcda. Lilia M. Oquendo Solís*
*Secretaria del Tribunal de Apelaciones*